NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAKEDA PHARMACEUTICALS COMPANY LIMITED, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., TAKEDA PHARMACEUTICALS, LLC, TAKEDA PHARMACEUTICALS AMERICA, INC., AND ETHYPHARM, S.A.,**
*Plaintiffs-Appellees,*

**v.**

**ZYDUS PHARMACEUTICALS USA, INC. AND CADILA HEALTHCARE, LIMITED,**
*Defendants-Appellants.*

---

2013-1089

---

Appeal from the United States District Court for the District of New Jersey in case no. 10-CV-1723, Judge Joel A. Pisano.

---

**ON MOTION**

---

**O R D E R**

The appellants move to expedite briefing and argument.

Upon consideration thereof,

TAKEDA PHARMACEUTICALS CO. V. ZYDUS PHARMACEUTICALS   2
USA

IT IS ORDERED THAT:

(1) The motion to expedite briefing is granted to the following extent:  The appellants' opening brief is due December 17.  The appellees' brief is due January 2, 2013.  The appellants' reply brief and the joint appendix are due January 9, 2013.

(2) Oral argument will be scheduled by subsequent order of the court.

FOR THE COURT


 /s/ Jan Horbaly 
Jan Horbaly
Clerk

s8